No. 601. W. D. MUNSON, PETITIONER, *v.* STANDARD MARINE INSURANCE COMPANY (LIMITED). March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Eugene P. Carver* and *Mr. G. Philip Wardner* for petitioner. *Mr. James Emerson*

*Carpenter, Mr. Samuel Park* and *Mr. James K. Symmers* for respondent.

---

